AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:15-CR-00006-1 |
| TAYVON MYKAL GAULDS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*           TAYVON MYKAL GAULDS                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Violating the conditions of supervised release.
See attached.

Date:      01/14/2019                                          *Rory J Perry II, Clerk/hkl*
                                                                          *Issuing officer's signature*

City and state:      Huntington, West Virginia                          Rory L. Perry II, Clerk
                                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                          _____
                                                                          *Arresting officer's signature*

                                                                          _____
                                                                          *Printed name and title*

PROB 12C
(7/93)

# United States District Court
### for the
### Southern District of West Virginia
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tayvon Mykal Gaulds             Case Number: 3:15CR00006-1

Sentencing Judge:       The Honorable Robert C. Chambers, United States District Judge

Date of Original Sentence:    August 24, 2015

Original Offense:          21 U.S.C. § 841(a)(1), Distribution of a Quantity of Heroin

Original Sentence:          12 months of imprisonment followed by 3 years of supervised release.  On January 8, 2018, supervised release revoked.  The defendant was sentenced to 8 months of imprisonment, followed by 24 months of supervised release.

Type of Supervision:     Supervised Release     Date Supervision Commenced:    August 17, 2018

Asst. U.S. Attorney:      Joseph Adams        Defense Attorney:      Michael Davenport

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.            **Violation of statutory condition:  The defendant shall not unlawfully possess a controlled substance  The defendant shall refrain from any unlawful use of a controlled substance:**

   On August 29, 2018, the defendant submitted a urine specimen that tested positive for cocaine.

   On September 27, October 2, October 8, October 18, October 30, November 1, November 7, November 12, and November 27, 2018, the defendant submitted urine specimens that tested positive for marijuana.

Prob 12C
Re: Tayvon Mykal Gaulds
DOCKET NO. 3:15CR00006-1

Petition for Warrant or Summons
For Offender Under Supervision

2.      **Violation of standard condition number two:  The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer:**

The defendant was instructed by the probation officer to submit a monthly report to the probation officer by the 5th day of each month.  The defendant failed to submit a monthly report for the months of September, October, November, and December 2018.

3.      **Violation of standard condition number five:  The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons:**

The defendant has failed to work regularly at a lawful occupation since the commencement of his term of supervised release on August 17, 2018.  The defendant was not excused from obtaining employment by the probation officer.

4.      **Violation of special condition:  The defendant will participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer:**

On December 7, December 13, December 18, December 26, 2018, and January 3, 2019, the defendant failed to report as directed for scheduled urine screens at Prestera Center.

On September 7, 2018, the defendant was directed to participate in outpatient substance abuse counseling sessions at the rate of two one-hour sessions per month.  As of this writing, the defendant has failed to attend any counseling sessions at Prestera Center.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☑   Revoked
☐   Extended for ____ year(s), for a total term of ____ years.
☐   The conditions of supervision should be modified as follows:

2

Prob 12C
Re: Tayvon Mykal Gaulds
DOCKET NO. 3:15CR00006-1

Petition for Warrant or Summons
For Offender Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Kara Dills
United States Probation Officer
January 11, 2019

THE COURT ORDERS

☐  No Action
☑  The Issuance of a Warrant
☐  The Issuance of a Warrant. This petition and order shall
     remain sealed until the apprehension of the defendant.
     No further order shall be needed to unseal this petition
     and order once the defendant has been arrested.
☐  The Issuance of a Summons
☐  Other

A TRUE COPY CERTIFIED ON

JAN 1 4 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

The Honorable Robert C. Chambers
United States District Judge

Date _____1/14/19_____

3